IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORINNE HARDWOOD and JOHN J.T. McMURRAY,<br><br>　　　　　Plaintiffs,<br><br>　　　v.<br><br>BANK OF AMERICA, DOE CORPORATIONS 1-10, DOES 1-10, Inclusive,<br><br>　　　　　Defendants.<br>_____ | 2:10-cv-02450-GEB-GGH<br><br><u>ORDER DENYING DEFENDANT'S MOTION TO DISMISS</u> |

　　　　On January 7, 2011, Defendant filed a motion to dismiss a First Amended Complaint which Plaintiffs filed on November 3, 2010. However, the First Amended Complaint filed on November 3, 2010 was stricken by the Court on November 9, 2010, and Plaintiffs subsequently filed the operative First Amended Complaint on December 23, 2010. Therefore Defendant's motion to dismiss filed on January 7, 2011 is denied as moot.

Dated:  April 21, 2011

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　GARLAND E. BURRELL, JR.
　　　　　　　　　　　　　　　　　　　United States District Judge

1